NO









NO. 12-10-00394-CR

 

                         IN
THE COURT OF APPEALS

 

            TWELFTH
COURT OF APPEALS DISTRICT

 

                                      TYLER, TEXAS

 

CODY MONTGOMERY HEFNER,

APPELLANT                                                     '     APPEAL
FROM THE 114TH

 

V.                                                                         '     JUDICIAL
DISTRICT COURT OF

 

THE STATE OF TEXAS,                                 '     SMITH
COUNTY, TEXAS

APPELLEE

 





MEMORANDUM OPINION

PER
CURIAM

            Appellant
pleaded guilty to indecency with a child by sexual contact, and the trial court
assessed punishment at imprisonment for seven years.  We have received the
trial court’s certification showing that Appellant waived his right to appeal. 
 See Tex. R. App. P. 25.2(d). 
The certification is signed by Appellant and his counsel.  Accordingly, the
appeal is dismissed for want of jurisdiction.

Opinion delivered November 24, 2010.

Panel consisted of
Worthen, C.J., Griffith, J., and Hoyle, J.

 

 

 

 

 

 

 

 

 

 

 

 

 

 

 

(DO NOT PUBLISH)